AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maine

| | |
|---|---|
| Joseph Fleming <br><br> *Plaintiff(s)* <br> v. <br> United Receivables Group, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 2:15-cv-00006-NT |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United Receivables Group, LLC
c/o National Corporate Research, Ltd.
1536 Main Street
Readfield, ME 04355

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Chet Randall, Esq.
Molleur Law Office
419 Alfred St.
Biddeford, ME 04005
207-283-3777
Chet@Molleurlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/07/2015

*Christa K. Berry* (signature)

Christa K. Berry
Clerk, U.S. District Court

# KENNEBEC COUNTY SHERIFF'S OFFICE

*Randall A. Liberty, Sheriff*



## CIVIL DIVISION
*Harry McKenney, Chief*

## Sheriff's Return of Service

**State of Maine**
**Kennebec County,**

Date of Service __JAN 1 5 2015__

I have this day made service of the __Summons & Complaint__

by serving the within named __United Receivables Group LLC__ (in hand)

by delivering a copy to _____
a person of suitable age and discretion who was then residing at Defendant's usual residence.

by delivering a copy to __National Corporate Research, LLC__
an agent authorized by appointment or by law to receive service of process.

by (other manner of service) _____

The said process was served this day at __Readfield, ME__

_Harry McKenney_, Chief Civil Deputy

**125 State Street, Augusta, Maine 04330 Tel. (207) 623-1202**